# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| NICHOLE JERNIGAN, | Case No. 2:21-cv-01980 |
| Plaintiff, | CHIEF JUDGE ALGENON L. MARBLEY |
| v. | MAGISTRATE JUDGE KIMBERLY A. JOLSON |
| CROSS COUNTRY INNS INC. d/b/a ARDENT COMMUNITIES, et al., | |
| Defendants. | |

## STIPULATED DISMISSAL WITH PREJUDICE

By stipulation of the undersigned counsel, it is hereby agreed that this action be dismissed in its entirety, with prejudice. Each party shall bear its own attorneys' fees and costs. The Court retains jurisdiction to enforce the terms of the settlement agreement.

Dated this 12th day of May, 2022.


*/s/Trisha M. Breedlove*
Trisha M. Breedlove (0095852)
**SPITZ, THE EMPLOYEE'S LAW FIRM**
1103 Schrock Road, Suite 307
Columbus, Ohio 43229
Telephone: (216) 291-4744
Facsimile: (216) 291-5744
trisha.breedlove@spitzlawfirm.com
*Counsel for Plaintiff*

*/s/Eric Leist* (email approval 5/9/22)
Tyler Tarney (0089082)
Eric Leist (0097145)
**GORDON REES SCULLY MANSUKHANI, LLP**
41 South High Street, Suite 2495
Columbus, Ohio 43215
Telephone: (614) 340 -5558
Facsimile: (614) 360-2130
ttarney@grsm.com
eleist@grsm.com
*Counsel for Defendant Cross Country Inns, Inc. d/b/a Ardent Property Management*